# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00188-CV

**Gregory A. Littlefield, Appellant**

**v.**

**Nancy G. Littlefield, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-FM-11-003960, HONORABLE GUS J. STRAUSS, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss the appeal, explaining that he and appellee have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed: September 16, 2014